# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MCKINNEY SALVAGE LLC** | **CASE NO. 6:24-CV-00111** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RIGID CONSTRUCTORS LLC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of all objections filed, this Court adopts the findings and conclusions in the Magistrate Judge's report and recommendation as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that that the Motion for Leave to File Sur-Reply by U.S. Specialty Insurance Company (Rec. Doc. 108) is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the following motions are DENIED: Motion to Dismiss by U.S. Specialty Insurance Company (Rec. Doc. 66); Motion to Dismiss by Mitsui Sumitomo Insurance USA, Inc. and Mitsui Sumitomo Marine Management (USA), Inc. (Rec. Doc. 69); Motion to Dismiss by Certain Underwriters at Lloyd's Subscribing Severally to Policy bearing Unique Market Reference No. B1115E210162 (Rec. Doc. 70).

Signed at Lafayette, Louisiana, this 10th day of September, 2024.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**