UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MCKINNEY SALVAGE LLC** | **CASE NO. 6:24-CV-00111** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RIGID CONSTRUCTORS LLC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants, Mitsui Sumitomo Insurance USA, Inc. and Mitsui Sumitomo Marine Management (USA), Inc.'s *Motion to Dismiss Rigid's Cross-Claim Pursuant to Rule 12(b)(6)* (Rec. Doc. 118) is GRANTED. Rigid's cross-claim is hereby dismissed.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, all issues arising out of the

Campanale email shall be tried in the Rigid Suit (Civil No. 6:22-CV-06234). The instant suit is hereby STAYED pending resolution of the Rigid Suit.

Signed at Lafayette, Louisiana, this 28th day of April, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE